|   |   |   |
|---|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424<br>Federal Defender | FILED<br>SEP -1 2011 |
| 2 | MATTHEW C. BOCKMON, Bar # 161566<br>Assistant Federal Defender | CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA |
| 3 | Designated Counsel for Service<br>801 I Street, 3rd Floor | BY _____ DEPUTY CLERK |
| 4 | Sacramento, California 95814<br>Telephone: (916) 498-5700 | |
| 5 | | |
| 6 | Attorney for Defendant<br>BOBBY JOE KIRBY | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 11-mj-171 KJN |
|---|---|
| Plaintiff, | )<br>) *D~g*<br>) STIPULATION AND [~~PROPOSED~~] ORDER |
| v. | ) TO EXTEND TIME FOR PRELIMINARY<br>) EXAMINATION AND TO EXCLUDE TIME |
| BOBBY JOE KIRBY, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED AND AGREED TO between the United States of America through Matthew D. Segal, Assistant United States Attorney, and BOBBY JOE KIRBY, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the Preliminary Examination set for Thursday, September 1, 2011, may be continued to **Wednesday, September 21, 2011, at 2:00 p.m.**, before Magistrate Judge Gregory G. Hollows.

The parties stipulate that the time between the filing of this stipulation, September 1, 2011, through and including September 21, 2011, should be excluded from the calculation of time under the Speedy Trial Act and that there is good cause for a continuance of the preliminary examination pursuant to Fed. R. Crim. P. 5.1(d). The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). Specifically, additional time is appropriate for attorney-client consultation in this case because the defendant lives in Reno. The parties stipulate and agree

that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy return of an indictment and speedy trial. 18 U.S.C. § 3161(h)(7)(A); 18 U.S.C. § 3161(b).

Dated: September 1, 2011

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Matthew C. Bockmon
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
BOBBY JOE KIRBY

Dated: September 1, 2011

BENJAMIN B. WAGNER
United States Attorney

/s/ Matthew C. Bockmon for
MATTHEW D. SEGAL
Assistant U.S. Attorney
Attorney for Plaintiff

## ORDER

For good cause shown above,

**IT IS SO ORDERED.**

Dated: September _1_, 2011

DALE A. DROZD
United States Magistrate Judge

2