```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MATTHEW D. SEGAL
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:11-CR-00385-WBS |
|---|---|---|
| Plaintiff, | ) | APPLICATION AND ORDER FOR |
| | ) | MONEY JUDGMENT |
| v. | ) | |
| BOBBY JOE KIRBY, | ) | |
| Defendant. | ) | |

On November 14, 2011, defendant Bobby Joe Kirby entered a guilty plea to Count Four of the Indictment, which charges him with Wire Fraud in violation of 18 U.S.C. § 1343.

As part of his plea agreement with the United States, defendant Bobby Joe Kirby agreed to forfeit voluntarily and immediately up to $15,635.00, as a personal money judgment pursuant to Fed. R. Crim. P. 32.2(b)(1), which reflects a reasonable compromise between the parties for forfeiture purposes concerning the proceeds the defendant obtained as a result of a violation of 18 U.S.C. § 1343, to which he has pled guilty. See Defendant Kirby's Plea Agreement ¶ II.E.  Plaintiff hereby applies for entry of a money judgment as follows:

1. Pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b)(1), the Court shall impose a personal forfeiture money judgment against defendant Bobby Joe Kirby in the amount of $15,635.00.

2. The above-referenced personal forfeiture money judgment is imposed based on defendant Bobby Joe Kirby's conviction for violating 18 U.S.C. § 1343 (Count Four). Said amount reflects a reasonable compromise between the parties for forfeiture purposes concerning the proceeds the defendant obtained, which the defendant agreed is subject to forfeiture based on the offense of conviction. Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law.

3. Payment of the personal forfeiture money judgment should be made in the form of a cashier's check made payable to the U.S. Marshals Service and sent to the U.S. Attorney's Office, Att: Asset Forfeiture Unit, 501 I Street, Suite 10-100, Sacramento, CA 95814. Prior to the imposition of sentence, any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by the U.S. Marshals Service, in its secure custody and control.

DATED: 1/20/12  
BENJAMIN B. WAGNER  
United States Attorney

/s/ Matthew D. Segal  
MATTHEW D. SEGAL  
Assistant U.S. Attorney

///
///
///
///

**O R D E R**

For good cause shown, the Court hereby imposes a personal forfeiture money judgment against defendant Bobby Joe Kirby in the amount of $15,635.00. Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law. Prior to the imposition of sentence, any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by the U.S. Marshals Service, in its secure custody and control.

IT IS SO ORDERED.

DATED: January 31, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE